NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARON RODRIGUEZ-VILLASANA, )
)
   Appellant, )
)
v. )  Case No. 2D18-732
)
STATE OF FLORIDA, )
)
   Appellee. )
)
_____)

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Ryan Thomas Truskoski of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jason M. Miller, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


    Affirmed.



LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.